UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

MARY ELIZABETH WILSON

    Plaintiff,

  v.                                     Case No.: 18-cv-662

PRO-TEC FIRE SERVICES, LTD., *et. al.*

    Defendants

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate that, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), this matter may be dismissed upon the merits and with prejudice.

Dated: October 3, 2018    By: **s/ *Scott S. Luzi***
    Scott S. Luzi, State Bar No. 1067405
    Walcheske & Luzi, LLC
    15850 W. Bluemound Road, Suite 304
    Brookfield, Wisconsin 53005
    Telephone: (262) 780-1953
    Email: sluzi@walcheskeluzi.com

*Attorneys for Plaintiff*

Dated: October 3, 2018    By: **s/ *Anthony J. Steffek***
    Anthony J. Steffek, State Bar No. 1053615
    Davis & Kuelthau, s.c.
    318 S. Washington Street, Suite 300
    Green Bay, Wisconsin 54301
    Telephone: (920) 435-9378
    Email: asteffek@dkattorneys.com

*Attorneys for Defendants*